| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Kennedy, David S. | 2. Court or Organization Bankruptcy Court | 3. Date of Report 06/02/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

200 Jefferson Avenue #950
Memphis, TN 38103

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct-Professor of Law | University of Memphis Cecil C. Humphreys School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, David S. | 06/02/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 1/15-5/15 | Adjunct-Professor at Univ. of Memphis School of Law | $1,350.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, David S. | 06/02/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, David S. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sun Trust Bank | A | Int./Div. | J | T | | | | | |
| 2. PacLife Annuity registered as Qualified IRA | C | Distribution | L | T | | | | | |
| 3. Fidelity Cash Reserves | A | Dividend | K | T | | | | | |
| 4. | | | | | Sold (part) | 04/09/15 | J | | |
| 5. | | | | | Buy (add'l) | 07/21/15 | J | | |
| 6. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 7. Premier Plus Beneficiary IRA fka Premier Select IRA BDA | D | Distribution | L | T | | | | | |
| 8. -American Balanced Class A | A | Dividend | J | T | | | | | |
| 9. - American Growth Fund of America Class A | A | Dividend | J | T | | | | | |
| 10. -American Income Fund of America Class A | A | Dividend | J | T | | | | | |
| 11. -T Rowe Price Tax Free Short International | A | Dividend | J | T | | | | | |
| 12. Columbia Acorn Class A | A | Dividend | J | T | | | | | |
| 13. Diamond Hill Long Short Class A | A | Dividend | J | T | | | | | |
| 14. MFS Municipal High Income Fund Cl. 1 | A | Dividend | J | T | | | | | |
| 15. Templeton Foreign Class A | A | Dividend | J | T | | | | | |
| 16. MFS Value Class C - See Note in Part VIII | | None | | | | | | | |
| 17. Lincoln New Directions 6 Fixed Annuity | C | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, David S. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Lincoln Choide Plus Assurance (B Share) IRA | A | Distribution | K | T | | | | | |
| 19. -Fidelity Municipal Money Market | | None | J | T | Sold (part) | 01/30/15 | J | | |
| 20. | | | | | Sold (part) | 06/30/15 | J | | |
| 21. -Allianzgi Large Cap Growth Cl 1 - See Note in Part VIII | | | | | | | | | |
| 22. - Invesco High Yield Fund A | B | Dividend | J | T | | | | | |
| 23. -AB Discovery Value Class A fka Allianceber Discovery Value Fund Cl A | | None | | | Sold | 07/18/15 | K | | |
| 24. -Allianzgi NFJ Dividend Value Cl D | A | Dividend | J | T | | | | | |
| 25. -American High Income Cl F1 | A | Dividend | | | Sold | 7/16/15 | K | | |
| 26. - Diamond Hill Long Short Cl A | A | Dividend | J | T | | | | | |
| 27. - Franklin Rising Dividend Class A | A | Dividend | K | T | | | | | |
| 28. - Marisco Growth Fund | B | Dividend | J | T | Sold (part) | 07/17/15 | J | | |
| 29. - Delaware Diversified Income Fund Cl A | A | Dividend | K | T | Buy | 07/21/15 | J | | |
| 30. -Spartan Int'l Index Investor Class | | | | | Buy | 07/21/15 | K | | |
| 31. - Spartan Int'l Index FID Adv. Class - See Note in Part VIII | A | Dividend | J | T | | | | | |
| 32. American New World Income Fd Cl A | A | Dividend | J | T | | | | | |
| 33. Genworth SPDA III Deferred Life Annuity - See Note in Part VIII | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, David S. | 06/02/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. No. 16 - MFS Value Class. The 2014 FDR showed in error that the MFS Value Class was sold in part in July 2014, when in fact it was sold in full.

Part VII. No. 21 - Allianzgi Focused Growth Cl C. The 2014 FDR showed in error that the Allianzgi Focused Growth Cl C was sold in part in July 2014, when in fact it was sold in full.

Part VII. No. 31 - Spartan Int'l Index Fld Adv. Class merged with the Spartain Int'l Index Investor Class Fund listed in No. 31.

Part VII. No. 32 - Genworth SPDA III Deferred Life Annuity. This annuity was intitially purchased for $40,984.34 and issued on 11/1/1994. It was inadvertently left off. There have been no further deposits to this annuity and no distributions through the years. It is set for mature on 4/9/2029.

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, David S. | 06/02/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David S. Kennedy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544